| United States District Court | | Southern District of Texas |
|---|---|---|
| Cheryl Kuhn, | § § § | **ENTERED** December 07, 2017 David J. Bradley, Clerk |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-17-2456 |
| Nationwide Property and Casualty Insurance Company, *et al.*, | § § § § | |
| Defendants. | § | |

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on December 7, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge